## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 350 EAL 2015

                            Petitioner   :

  :   Petition for Allowance of Appeal from

  :   the Order of the Superior Court

                    v.   :

JEROME BOWMAN,   :

                        Respondent   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.